IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DENISE POPE<br>Plaintiff,<br><br>v.<br><br>CITY OF GALVESTON, GALVESTON COUNTY, BOON-CHAPMAN, SOLUTA HEALTH INC., GALVESTON COUNTY SHERIFF HENRY TROCHESSET, KATHY WHITE, DOES (1-25),<br>Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. ___________ |

DEFENDANTS CITY OF GALVESTON, HENRY TROCHESSET, KATHY WHITE, BOON-CHAPMAN AND SOLUTA HEALTH, INC.'S NOTICE OF REMOVAL AND JURY DEMAND

1. The City of Galveston, Texas, Henry Trochesset, Kathy White, Boon-Chapman and Soluta Health, Inc., are defendants in a civil action filed on February 28, 2018, in Cause No. 18-CV-0250, in the 56th District Court of Galveston County, Texas, entitled *Denise Pope vs. City of Galveston, et al.* Plaintiff's petition is the initial pleading setting forth the claims upon which the action is based.

2. Defendant City of Galveston, Texas first received a copy of the petition on May 8, 2018. Defendant Sheriff Henry Trochesset first received a copy of the petition on May 7, 2018. Defendants Boon-Chapman and Soluta Health, Inc. first received a copy of the petition on or about May 9, 2018. Kathy White first received a copy of the petition on May 9, 2018.

3. All Defendants that have been served join in removing this case to federal court within thirty days after first receiving a copy of the petition. The following constitutes all of the processes, pleadings, and orders served upon Plaintiff and Defendants in this action:

(a) Plaintiff's Original Complaint and Request for Disclosure
(b) Defendants Boon-Chapman, Soluta Health, Inc, and Kathy White's Original Answer to Plaintiff' Original Petition
(c) Citation Return of Boon-Chapman

(d) Citation Return of Soluta Health, Inc.
(e) Citation Return of Kathy White
(f) Citation Return of City of Galveston
(g) Citation Return of Sheriff Henry Trochesset
(h) Citation to City of Galveston
(i) Citation to Kathy White
(j) Citation to Sheriff Henry Trochesset
(k) Citation to Galveston County c/o Mark Henry (5-24-18)
(l) Citation to Galveston County (5-18-18)
(m) Citation to Galveston County (5-04-18)
(n) Citation by Certified Mail to Boon Chapman
(o) Citation by Certified Mail to Soluta Health, Inc.
(p) Request for Issuance of Service to Sheriff Henry Trochesset
(q) Request for Issuance of Service to Soluta Health, Inc.
(r) Request for Issuance of Service to Boon Chapman
(s) Request for Issuance of Service to Galveston County c/o Mark Henry (5-24-18)
(t) Request for Issuance of Service to Galveston County (5-18-18)
(u) Request for Issuance of Service to Galveston County (5-04-18)
(v) Request for Issuance of Service to City of Galveston
(w) Request for Issuance of Service to Kathy White
(x) Statement of Inability to Afford Payment of Court Courts or an Appeal Bond
(y) Civil Case Information Sheet

4. This is a civil action over which the federal court has original jurisdiction under Title 28 U.S.C. §1331 and is one the Defendants are entitled to remove to this federal Court under 28 U.S.C. §1441 in that the action involves civil claims arising under the Constitution and laws of the United States thereby triggering this Court's federal question jurisdiction.

5. Venue is proper in the Southern District of Texas because the events which form the basis of the suit occurred in the City of Galveston, Galveston County, Texas, which is located in the Southern District of Texas, Galveston Division.

JURY DEMAND

6. Defendants City of Galveston, Texas, Sheriff Henry Trochesset, Kathy White, Boon-Chapman, and Soluta Health, Inc. demand a trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure.

PRAYER

Considering the foregoing, Defendants City of Galveston, Texas, Sheriff Henry Trochesset, Kathy White, Boon-Chapman, and Soluta Health, Inc. pray that the above styled and named action pending in the 56th District Court of Galveston County, Texas, be transferred from that Texas Court to this federal Court for jury trial if not dismissed before trial by the court.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ William S. Helfand*
WILLIAM S. HELFAND
Attorney-in-Charge
State Bar No. 09388250
NORMAN RAY GILES
State Bar No. 24014084
Lewis Brisbois Bisgaard & Smith, LLC
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (832) 460-4606
Fax: (713) 759-6830
ATTORNEYS FOR DEFENDANTS:
City of Galveston, Texas

*/s/ Jodie A. Schwab*
JODIE A. SCHWAB
Attorney-in-Charge
State Bar No. 00788370
BARRY C. WILLEY
State Bar No. 00788670
Galveston County Legal Department24 Greenway
722 -21st Street, Fifth Floor
Galveston, Texas 77550
Tel: (409) 770-5562
Fax: (409) 770-5560
ATTORNEYS FOR DEFENDANT:
Sheriff Henry Trochesset

and

*/s/Courtney A. Parecki*
Courtney A. Parecki
Attorney-in-Charge
State Bar No. 24104796
**THOMPSON COE COUSINS & IRONS, L.L.P.**
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8231
Facsimile: (713) 403-8299
E-Mail: cparecki@thompsoncoe.com

- And –

Christopher G. Rigler
State Bar No. 24091028
**THOMPSON COE COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: crigler@thompsoncoe.com

ATTORNEYS FOR DEFENDANTS:
Boon-Chapman, Soluta Health, Inc.,
and Kathy White

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 29th day of May, 2018.

Denise Pope, Pro Se
4214 Avenue U#9
Galveston, Texas 77550
Dforteson@yahoo.com
409-599-1273 (phone)

*/s/ William S. Helfand*
WILLIAM S. HELFAND

INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(a) Plaintiff's Original Complaint and Request for Disclosure
(b) Defendants Boon-Chapman, Soluta Health, Inc, and Kathy White's Original Answer to Plaintiff' Original Petition
(c) Citation Return of Boon-Chapman
(d) Citation Return of Soluta Health, Inc.
(e) Citation Return of Kathy White
(f) Citation Return of City of Galveston
(g) Citation Return of Sheriff Henry Trochesset
(h) Citation to City of Galveston
(i) Citation to Kathy White
(j) Citation to Sheriff Henry Trochesset
(k) Citation to Galveston County c/o Mark Henry (5-24-18)
(l) Citation to Galveston County (5-18-18)
(m) Citation to Galveston County (5-04-18)
(n) Citation by Certified Mail to Boon Chapman
(o) Citation by Certified Mail to Soluta Health, Inc.
(p) Request for Issuance of Service to Sheriff Henry Trochesset
(q) Request for Issuance of Service to Soluta Health, Inc.
(r) Request for Issuance of Service to Boon Chapman
(s) Request for Issuance of Service to Galveston County c/o Mark Henry (5-24-18)
(t) Request for Issuance of Service to Galveston County (5-18-18)
(u) Request for Issuance of Service to Galveston County (5-04-18)
(v) Request for Issuance of Service to City of Galveston
(w) Request for Issuance of Service to Kathy White
(x) Statement of Inability to Afford Payment of Court Courts or an Appeal Bond
(y) Civil Case Information Sheet