18-CV-0250
DCORPET
Original Petition – OCA
1568778

2018 FEB 28 PM 1:42

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

CAUSE NO. 18-CV0250

| | | |
|---|---|---|
| | § | |
| | § | |
| Denise Pope, | § | IN DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | 56th JUDICIAL DISTRICT |
| v. | § | |
| City of Galveston, Galveston County, Boone | § | GALVESTON COUNTY, TEXAS |
| Chapman, Soluta Health, Galveston County Sheriff | § | |
| Henry Trochesset, Kathy White, Does (1-25), | § | |
| Defendants. | | |

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, Denise Pope, file this complaint after services, against defendants, City of Galveston, Galveston County, Boone Chapman, Soluta Health, Galveston County Sheriff Henry Trochesset, Kathy White, Does (1-25), and alleges as follows:

PARTIES

Plaintiff, Denise Pope, residing in Galveston County, Texas whose mailing address is 4214 Avenue U #9, Galveston, Texas, 77550.

Defendant, City of Galveston, Texas
Defendant, Galveston County, Texas
Defendant, Boone Chapman
Defendant, Soluta Health
Defendant, Galveston County Sheriff Henry Trochesset
Defendant, Kathy White
Defendant, Does 1-25, unknown medical providers, administrators and jailers.

FACTS

On February 28, 2016, I was in custody of the Galveston County Jail. I was approximately 12 weeks pregnant. At approximately 6:15 p.m., I was let out of my cell because shift change had occurred and count had cleared. I went and used the bathroom in the day room area and when I cleaned myself I noticed blood on the toilet paper. I asked an inmate that was in the bathroom to go get the jailer on duty. I informed the jailer what was going on and she called the medical department of the jail. When she came back, she informed me that medical wanted me to wipe

Status Conference set 5/24/18 EXHIBIT A

Hand Delivered 2/28/18

again, show her, and for her to inform them of her observations. After this had occurred, she informed me that medical said that someone from that department was going to come attend to me. I continued to sit on the toilet for approximately the next 30 minutes. During which time, I continued to check on the blood amount. The blood amount increased and I begin to experience a cramping sensation in my stomach. I informed the jailer of this and asked her to call medical again and inform them. I begin to panic and I asked her to tell them that I was having a miscarriage and that my child's life was in jeopardy. I asked her to also call the sergeant on duty. She did and they told her to once again observe the amount of blood and inform them of her observations. She did as asked. When she came back, she told me that medical said that someone from that department would come and attend to me. I continued to sit on the toilet, during which time the amount of blood and intensity of the cramps increased. After approximately 30 more minutes, I asked the jailer to call medical, tell them the situation was getting worse, and ask why no one from that department had come to attended to me. She told me that medical said they were busy but someone was on their way. I got off the toilet, put on a menstrual pad, and sat/laid down on my bunk. After about an hour, I began to have contractions. I asked the jailer to tell medical that I was having contractions, bleeding immensely, that it was an emergency, and that I needed to be immediately taken to a hospital. When she returned she informed that they said another inmate had already been taken to the emergency room and that I would have to wait until that inmate returned. I began to shake and cry uncontrollably, and sweat profusely due to panic and fear. After about 30-45 minutes, I felt a gush of fluid from vaginal area. When I got up to go the toilet in the cell, I noticed a ring of blood where I had been sitting on the bunk. When I got to the toilet, I pulled down my pants and blood began to flow from my vaginal area like a turned on faucet, even though I still had not pulled down my underwear with the menstrual pad attached. I backed up slightly until I was straddling the toilet in a half-standing/ half-crouching position. I just stood there paralyzed by both disbelief and fear from what I was witnessing. Finally, one of my roommates yelled, "Denise, sit down" which snapped me out of it enough to pull down my underwear and sit down. My roommates began to yell for the jailer to come there. She observed the bloody bunk, floor, clothing, and menstrual pad. My roommates and I informed her of about the blood that had poured out of me. She once again called medical and the sergeant. After about 15 minutes, Sergeant Fields arrived and observed the bloody bunk, floor, clothing, and menstrual pad. I told her what had occurred and she began asking what I felt were irrelevant questions like "didn't you go to prison", "how did you get pregnant then", "do you have a positive pregnancy test on file here"? Finally, she asked if I had passed anything other than blood. I told her that while I was sitting on the toilet I felt small and large masses pass. She asked me to stand so she could look into the toilet. The water was completely red and the level was higher than usual. The water was too murky to observe the masses. She told me to sit back down, radioed for someone from medical to come, and sent for a clean set of clothes and blanket. A nurse arrived shortly with a gurney. I was helped on the gurney and taken to medical. After approximately 4 hours, I was finally taken to the hospital. After an ultrasound was performed, I was informed that a small amount of the pregnancy was still intact. A dilation and cuttlage was performed, after which I was returned to the jail. I began to experience severe depression, anxiety, paranoia, hallucinations. I informed the psychiatry department of the jail and was placed on psychotropic drugs. Before this incident, I had not observed or experienced any abnormalities

or difficulties with this pregnancy. I had not been informed by any medical personnel that they had detected any abnormalities with this pregnancy. I was released on from the Galveston County Jail, on April 5, 2018. I have had severe emotional and psychological difficulties since this incident.

## CAUSE OF ACTION

Violation of Civil Rights under 42 USC 1983, 4th amendment, 8th amendment, and 14th amendment for denial and delay in medical care due to the facts listed above.

Medical Malpractice for denial and delay of medical care due to the facts listed above.

## REQUEST FOR DISCLOSURES

Texas Rule of Civil Procedure 192 request for disclosure.

## DAMAGES

Emotional impairment, psychological impairment, pain and suffering, past medical fees, future medical fees, and attorney fees that resulted from the facts listed above.

Respectfully,

Denise Pope
Denise Pope
4214 Avenue U #9
Galveston, Texas 77550
Dforteson@yahoo.com
(409)599-1273