Filed: 5/22/2018 2:05 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 24772305
By: Lisa Kelly
5/22/2018 2:40 PM

**CAUSE NO. 18-CV-0250**

| | | |
|---|---|---|
| **DENISE POPE,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **56TH JUDICIAL DISTRICT** |
| | § | |
| **CITY OF GALVESTON, GALVESTON COUNTY, BOON-CHAPMAN, SOLUTA HEALTH, INC, GALVESTON COUNTY SHERIFF HENRY TROCHESSET, KATHY WHITE, DOES (1-25),** | §<br>§<br>§<br>§<br>§ | |
| | § | |
| **Defendants.** | § | **GALVESTON COUNTY, TEXAS** |

**DEFENDANTS BOON-CHAPMAN, SOLUTA HEALH, INC. AND KATHY WHITE'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

COME NOW, Defendants Boon-Chapman, Soluta Health, Inc., and Kathy White (hereinafter "Defendants") and file this Original Answer to Plaintiff's Original Petition, and would show the following:

## I.
## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every, all and singular, allegations contained within Plaintiff's Original Petition, and demand strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

## II.
## JURY DEMAND

In accordance with Texas Rule of Civil Procedure 216, Defendants demand a trial by jury.



6097696v1
08011.595

EXHIBIT B

**III.**
**REQUEST FOR DISCLOSURE**

Pursuant to Texas Rule of Civil Procedure 194, Defendants request that Plaintiff provide the information required in the Request for Disclosure.

**IV.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants Boon-Chapman, Soluta Health, Inc., and Kathy White pray that Plaintiff recover nothing of and from Defendants and that Defendants receive all costs of Court and for such further relief, both at law and in equity, to which Defendants may be justly entitled.

Respectfully Submitted:

/s/Courtney A. Parecki
Courtney A. Parecki
State Bar No. 24104796

**THOMPSON COE COUSINS & IRONS, L.L.P.**
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8231
Facsimile: (713) 403-8299
E-Mail: cparecki@thompsoncoe.com

- And –

Christopher G. Rigler
State Bar No. 24091028

**THOMPSON COE COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: crigler@thompsoncoe.com
**ATTORNEYS FOR DEFENDANTS BOON-CHAPMAN, SOLUTA HEALTH, INC. and KATHY WHITE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure, via E-Service, Facsimile and/or Certified Mail, Return Requested on this 22nd day of May, 2018.

Denis Pope, Pro Se
4214 Avenue U #9
Galveston, Texas 77550
(409) 599-1273 (Telephone)
Dforteson@yahoo.com

/s/Courtney A. Parecki
Courtney A. Parecki
Christopher G. Rigler



6097696v1
08011.595

EXHIBIT B