18-CV-0250
DCCICMR
Citation by Certified Mail and Return
1608424

**CITATION BY CERTIFIED MAIL** (TRC 106)

**THE STATE OF TEXAS**

Cause No: 18-CV-0250
56th District Court of Galveston County

DENISE POPE VS. CITY OF GALVESTON, TEXAS, ET AL

JOHN D. KINARD
CLERK DISTRICT COURT
FILED
MAY 10 2018
11:33 am
GALVESTON COUNTY, TEXAS
BY________ DEPUTY

TO: **Boon Chapman**
9401 Amberglen Blvd Building 1, Suite 100
Austin, Texas 78729

Defendant Greetings:

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 56th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **28th day of February, 2018** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **4th day of May, 2018.**

Issued at the request of
Denise Pope
2916 AVE M
GALVESTON TX 77550

DISTRICT COURTS OF GALVESTON COUNTY, TEXAS

**John D. Kinard,** District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

**SEE ATTACHED FORM** ***NOTE: Status Conference set: 07/26/2018***

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **5/4/2018**at **3:00 o'clock P. M.** and executed on the 7th day of May, 20 18 at ________ o'clock ___. M., by mailing the same to Boone Chapman, Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

JOHN D. KINARD, District Clerk Galveston County, Texas
Authorized Person

BY: Robin Gerhardt, Deputy Clerk

| | |
|---|---|
| **Service Fee: $70.00** | |
| **Certified Tracking Mail**<br>**No.9414 7266 9904 2111 7527 12** | **Place sticker here** Certified Article Number 9414 7266 9904 2111 7527 12 SENDER'S RECORD |
| **Signed for on** 5/7/2018 | **Signed By:** S. Bridges |

EXHIBIT C

9590 9266 9904 2108 2526 00

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Bridges
☐ Agent
☐ Addressee

B. Received by (Printed Name) S Bridges

C. Date of Delivery 7 MAY 18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Boon Chapman
9401 Amberglen Blvd Building 1, Suite 100
Austin,, TX 78729

3. Service Type:
☒ Certified Mail
☑ Certified Mail Restricted Delivery

Reference Information

18-CV-0250

Robin Gerhardt- Deputy

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2111 7527 12

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

USPS TRACKING #

9590 9266 9904 2108 2526 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service®

● Sender: Please print your name, address, and ZIP+4® below ●

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-9900

2018 MAY 10 AM 11:33

EXHIBIT C