160975

18-CV-0250
DCCIR
Citation and Return
1607657

# CITATION

THE STATE OF TEXAS

DENISE POPE VS. CITY OF GALVESTON, TEXAS, ET AL

Cause No.: 18-CV-0250
56th District Court of Galveston County

18 MAY 9 PM 2:02
GALVESTON DISTRICT CLERK

TO: Kathy White
601 54th Street
Galveston, TX 77551

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **February 28, 2018**. It bears cause number **18-CV-0250** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 4th day of May, 2018.**

Issued at the request of:
Denise Pope
4214 Avenue U # 9
GALVESTON TX 77550

DISTRICT COURTS OF GALVESTON COUNTY, TEXAS

**John D. Kinard**, District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

2018 MAY -4 PM 3:50
RECEIVED GALVESTON COUNTY SHERIFF'S OFFICE

**SEE ATTACHED STATUS CONFERENCE FORM**
***NOTE: Status Conference set: 05/24/2018 at 9:30 am***

OFFICER/AUTHORIZED RETURN

Came to hand on the 4th day of MAY, 2018 at 3:50 o'clock P. M. and executed at Galveston County Jail Galveston, TX 77551 in Galveston County, Texas, on the 9th day of MAY, 2018 at 9 o'clock A m, by delivering to Kathy White, in person a true copy of this Citation together with the accompanying 1 copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the 9th day of MAY, 2018.

Fee-Serving: ________

Amount: ________

Henry Trochesset
Sheriff/Constable
Galveston County, Texas

BY: Richard Ferrino III
Authorized Person/Deputy Signature

On this day personally appeared Richard Ferrino III, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this 9 day of May 2018

James Dutton
Notary Public

JAMES DUTTON
Notary Public, State of Texas
My Commission Expires
June 23, 2019

EXHIBIT E