160974

18-CV-0250
DCCIR
Citation and Return
1607661

## CITATION

THE STATE OF TEXAS

DENISE POPE VS. CITY OF GALVESTON, TEXAS, ET AL 2018 MAY -8 PM 3: 34

Cause No.: 18-CV-0250
56th District Court of Galveston County

TO: Galveston County Sheriff Henry Trochesset
601 54th Street
Galveston, Texas 77551

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **February 28, 2018**. It bears cause number **18-CV-0250** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 4th day of May, 2018.**

Issued at the request of:
Denise Pope
4214 Avenue U # 9
GALVESTON TX 77550

DISTRICT COURTS OF GALVESTON COUNTY, TEXAS

**John D. Kinard**, District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

2018 MAY -4 PM 3: 50
RECEIVED
GALVESTON COUNTY
SHERIFF'S OFFICE

**SEE ATTACHED STATUS CONFERENCE FORM**
***NOTE: Status Conference set: 05/24/2018 at 9:30 am***

OFFICER/AUTHORIZED RETURN

Came to hand on the 4th day of May, 2018 at 350 o'clock P M. and executed at 601 54th St in Galveston County, Texas , on the 7th day of May, 2018 at 315 o'clock p m, by delivering to Sheriff Henry Trochesset in person a true copy of this Citation together with the accompanying 1 copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the 7th day of May, 2018

Fee-Serving: ________

Amount: ________

Henry Trochesset
Sheriff/~~Constable~~
Galveston County, Texas

BY: [signature]
Authorized Person/Deputy Signature

On this day personally appeared Mark McCaffey, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this 8 day of May 20 18

[signature]
Notary Public

JAMES DUTTON
Notary Public, State of Texas
My Commission Expires
June 23, 2019

EXHIBIT G