# CITATION

## THE STATE OF TEXAS

**DENISE POPE VS. CITY OF GALVESTON, TEXAS, ET AL**

**Cause No.: 18-CV-0250**
**56th District Court of Galveston County**

**TO:** **Galveston County**
**600 59th Street, Suite 4209**
**Galveston, Texas 77551**

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you**.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **February 28, 2018**. It bears cause number **18-CV-0250** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 4th day of May, 2018.**

Issued at the request of:
Denise Pope
4214 Avenue U # 9
GALVESTON TX 77550

**John D. Kinard**, District Clerk
Galveston County, Texas

By: ______________________
Robin Gerhardt, Deputy

**SEE ATTACHED STATUS CONFERENCE FORM**
***NOTE: Status Conference set: 05/24/2018 at 9:30 am***

OFFICER/AUTHORIZED RETURN

Came to hand on the ______ day of ________________, 20___ at ______ o'clock ___. M. and executed at___________________________ ________________________________________________________________ in ____________________County, Texas , on the ______ day of ________________, 20___ at ______ o'clock ___m, by delivering to_______________________________________, in person a true copy of this Citation together with the accompanying _____ copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the ______ day of ____________________, 20___.

Fee-Serving: _________

Amount: _________

__________________________________________
Sheriff/Constable

_____________________________________ County, Texas

BY: __________________________________________
Authorized Person/Deputy Signature

On this day personally appeared ________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this __________ day of ______________________________ 20 ________

__________________________________________
Notary Public

EXHIBIT M

**This form has been revised due to the data provided on the OCA Civil Case Information Sheet that is required to be filed with every new suit. The OCA Civil Case Information Sheet is available on our website.**

## The District Courts of Galveston County, Texas Status Conference Notice

## Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date:05/24/2018 set in the 56th District Court

| **Case Number:** | **18-CV-0250** |
|---|---|
| **Case Style: Denise Pope vs. City of Galveston, Texas, Et Al** | |

***Helpful Information:*** ***Please visit our website at*** *http://www.galvestoncountytx.gov/dc*

*FAQ*

*Forms*
*Fee Schedules*
*Remote Access to on-line case record searches*
*Contact and Mailing information*
*Passport Services*
*E Filing Information*
*E Juror- online juror registration*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**



EXHIBIT M