**CITATION BY CERTIFIED MAIL** (TRC 106)

**THE STATE OF TEXAS**

Cause No: 18-CV-0250
56th District Court of Galveston County

DENISE POPE VS. CITY OF GALVESTON, TEXAS, ET AL

TO: Soluta Health, Inc.
9401 Amberglen Blvd # 100
Austin, Texas 78729

Defendant Greetings:

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 56th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **28th day of February, 2018** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **4th day of May, 2018.**

Issued at the request of
Denise Pope
2916 AVE M
GALVESTON TX 77550

DISTRICT COURTS ★ OF GALVESTON COUNTY, TEXAS ★

**John D. Kinard,** District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

**SEE ATTACHED FORM** ***NOTE: Status Conference set: 07/26/2018***

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the 5/4/2018at 3:00 **o'clock P. M.** and executed on the _______ day of _________________, 20_____, at _________ o'clock ___. M., by mailing the same to Boone Chapman, Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**
Authorized Person

BY: ____________________________________________, Deputy Clerk

| | |
|---|---|
| **Service Fee: $70.00** | |
| **Certified Tracking Mail**<br><br>**No.9414 7266 9904 2111 7527 12** | **Place sticker here** |
| **Signed for on** | **Signed By:** |

EXHIBIT O

**This form has been revised due to the data provided on the OCA Civil Case Information Sheet that is required to be filed with every new suit. The OCA Civil Case Information Sheet is available on our website.**

## The District Courts of Galveston County, Texas Status Conference Notice

## Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/26/2018set in the 56th District Court**

| Case Number: | 18-CV-0250 |
|---|---|
| Case Style: Denise Pope vs. City of Galveston, Texas, Et Al | |

***Helpful Information:*** ***Please visit our website at http://www.galvestoncountytx.gov/dc***

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*E Juror- online juror registration*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

***JOHN D. KINARD, District Clerk, Galveston County, Texas***

***District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary***

EXHIBIT O