18 – CV – 0250
DCCVRS
Request for Civil Service
1615057

# JOHN D. KINARD

## DISTRICT CLERK GALVESTON COUNTY

2018 MAY 24 AM 9: 16

### REQUEST FOR ISSUANCE OF SERVICE

Case Number: 18-CV-0050 Court Description:

Name(s) of Documents to be served: Plaintiff's Original Petition
Request for Disclosure

GALVESTON COUNTY, TEXAS DISTRICT CLERK

**SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served)**

Issue Service To: Galveston County - Mark Henry

Address of Service: 722 Moody, Suite 200

City, State & Zip: Galveston, TX 77550

Agent (IF APPLICABLE) County Judge Mark Henry

**TYPE OF SERVICE TO BE ISSUED:**

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citation Rule 106 Service
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Secretary of State Citation
- [ ] Protective Order
- [ ] Citation Scire Facias
- [ ] Attachment
- [ ] Certiorari
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe):

***All service fees for Sheriff and Constable are collected by the clerk of court at the time of request.***

**UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)**

- [x] Send to Sheriff
- [ ] Galveston County Constable Name and Address
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up):
- [ ] Call attorney for pick up (Phone Number):
- [ ] Mail to attorney at:
- [ ] Email Service to:
- [ ] District Clerk serve by certified mail
- [ ] Send to League City

**ISSUANCE OF SERVICE REQUESTED BY:**

Attorney/Party Name: Denise Pope

Phone Number: (409)599-1273 Email Address: dfortesun@yahoo.com

Revision 2.0

Hand delivered @ Counter 5-23-18 RK.

EXHIBIT S