2018 MAY -4 AM 11:34

# JOHN D. KINARD
## DISTRICT CLERK GALVESTON COUNTY

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

### REQUEST FOR ISSUANCE OF SERVICE

Case Number: 18-CV-0250 Court Description: ______

Name(s) of Documents to be served: Plaintiff Original Petition and Request For Disclosure

SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served)

Issue Service To: City of Galveston
Address of Service: 823 Rosenberg
City, State & Zip: Galveston, Texas 77553
Agent (IF APPLICABLE) ______

TYPE OF SERVICE TO BE ISSUED:

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citation Rule 106 Service
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Secretary of State Citation
- [ ] Protective Order
- [ ] Citation Scire Facias
- [ ] Attachment
- [ ] Certiorari
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe): ______

*All service fees for Sheriff and Constable are collected by the clerk of court at the time of request.*

UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)

- [x] Send to Sheriff
- [ ] Galveston County Constable Name and Address ______
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up): ______
- [ ] Call attorney for pick up (Phone Number): ______
- [ ] Mail to attorney at: ______
- [ ] Email Service to: ______
- [ ] District Clerk serve by certified mail ______
- [ ] Send to League City

ISSUANCE OF SERVICE REQUESTED BY:

Attorney/Party Name: Denise Pope
Phone Number: (409)599-1273 Email Address: dforteson@yahoo.com

5/4/2018 hand delivered @ counter /Rg
Paupers oath

18-CV-0250
DCCVRS
Request for Civil Service
1604318

Revision 2.0

EXHIBIT V