**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: 18-CV-0250
(The Clerk's office will fill in the Cause Number when you file this form)

Plaintiff: Denise Pope
(Print first and last name of the person filing the lawsuit.)

In the 56th Court Number (check one):
☐ District Court
☐ County Court / County Court at Law
☐ Justice Court

And

Defendant: City of Galveston et al
(Print first and last name of the person being sued.)

Galveston County, Texas

2018 FEB 28 PM 1:47
DISTRICT CLERK GALVESTON COUNTY, TEXAS

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: Denise (First) Forteson (Middle) Pope (Last) My date of birth is: 2/4/74 (Month/Day/Year)

My address is: (Home) 4214 Avenue U #9
(Mailing) Galveston, TX 77550

My phone number: (409)599-1273 My email: dforteson@yahoo.com

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | N/A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☑ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☑ Food stamps/SNAP ☐ TANF ☐ Medicaid ☐ CHIP ☐ SSI ☐ WIC ☐ AABD
☐ Public Housing or Section 8 Housing ☐ Low-Income Energy Assistance ☐ Emergency Assistance
☐ Telephone Lifeline ☐ Community Care via DADS ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension ☐ Child Care Assistance under Child Care and Development Block Grant
☑ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: __________



18-CV-0250
DCAFIPC
Affidavit of Inability to Pay Court Costs
1568785

EXHIBIT X

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ ____ in monthly wages. I work as a ____ (Your job title) for ____ (Your employer).

$ ____ in monthly unemployment. I have been unemployed since *(date)* ____.

$ ____ in public benefits per month.

$ ____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ ____ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp ☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties ☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(If available)*

$ ____ from other jobs/sources of income. *(Describe)* ____

$ 0 is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:

| | Value* |
|---|---|
| Cash | $ |
| Bank accounts, other financial assets | |
| | $ |
| | $ |
| | $ |
| Vehicles (cars, boats) *(make and year)* | |
| | $ |
| | $ |
| | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| | $ |
| | $ |
| | $ |
| ***Total* value of property** → | $ 0 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 0 |
| Food and household supplies | $ 192.00 |
| Utilities and telephone | $ |
| Clothing and laundry | $ |
| Medical and dental expenses | $ |
| Insurance (life, health, auto, etc.) | $ |
| School and child care | $ |
| Transportation, auto repair, gas | $ |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments paid to: *(List)* | $ |
| | $ |
| | $ |
| ***Total* Monthly Expenses** → | $ 192.00 (Food stamps) |

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* ____."

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* ***Check here if you attach another page.*** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

☑ I cannot afford to pay court costs.

☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is Denise Forteson Pope My date of birth is: 2/4/77

My address is 4214 Avenue U #9 Galveston, TX 77550
(Street, City, State, Zip Code, Country)

Denise Pope (Signature) signed on 2/23/18 (Month/Day/Year) in Galveston (county name) County, Texas (State)

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122



EXHIBIT X