United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DENISE POPE, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-164 |
| § | |
| CITY OF GALVESTON, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiffs' claims, unless any party represents in writing filed with the Court on or before **October 27, 2019** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED this day 30th day of September, 2019.

_____
George C. Hanks Jr.
United States District Judge